UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| JAY E. SCHNEIDER and | ) | |
| WENDY S. SCHNEIDER | ) | CASE NO. 07 B 19065 |
| DEBTOR | ) | |
| | ) | HON. CAROL A. DOYLE |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.     NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

       At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

       On: **April 24, 2008**                    Time: **10:30 a.m.**

2.     The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.     The Trustee's Final Report shows total:

       Receipts                                        $   14,020.19

       Disbursements                               $        16.22

       Net Cash Available for Distribution    $   14,003.97

4.     Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $2,152.02 | $   28.90 |
| Allan J. DeMars, attorney | $ None | $1,805.00 | |

5.     Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | $ | $ | $ |

6.     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00   must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be none.

7.     Claims of general unsecured creditors totaling $57,887.53  have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 17.30605%

8.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba Sams Club | $ 4101.52 | $ 709.81 |
| 2 | GE Money Bank dba Old Navy | 62.47 | 10.81 |
| 3 | Chase Bank USA | 30243.70 | 5233.99 |
| 4 | Chase Bank USA | 2299.78 | 398.00 |
| 5 | Federated Retail Holdings, Marshall Fields | 565.18 | 97.81 |
| 6 | Federated Retail Holdings, Marshall Fields | 247.42 | 42.82 |
| 7 | LVNV Funding LLC, assignee of Citibank | 385.91 | 66.79 |
| 8 | LVNV Funding LLC, assignee of Citibank | 10002.45 | 1731.03 |
| 9 | LVNV Funding LLC, assignee of Citibank | 2953.18 | 511.08 |
| 10 | LVNV Funding LLC, assignee of Citibank | 703.79 | 121.80 |
| 11 | LVNV Funding LLC, assignee of Citibank | 1152.58 | 199.47 |
| 12 | LVNV Funding LLC, assignee of Citibank | 5169.55 | 894.64 |
| | | $ 57887.53 | $10018.05 |

9.     Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11.     Debtor  has  been discharged.

12.     The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: cash:$60.00; money market:$1.21; checking account:$250.00; clothing: $300.00; term life insurance: $1.00; whole life insurance: $220.00; "529" college plan:$6,100.00; 401k: $23,796.00; IRA: $4,959.00; interest in Family Benefits Solutions:$100.00; receivables:$250.00; 2005 Element: $14,000.00.
SEE TRUSTEE'S EXHIBIT "B"  IN FINAL REPORT FOR MORE DETAILS.

Dated:   **March 24, 2008**                                   For the Court,


                                                    By:
                                                         **KENNETH S. GARDNER**
                                                         Kenneth S. Gardner
                                                         Clerk of the U.S. Bankruptcy Court
                                                         219 So. Dearborn Street; 7th Floor
                                                         Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377