UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| JAY E. SCHNEIDER and | ) | |
| WENDY S. SCHNEIDER | ) | CASE NO. 07 B 19065 |
| DEBTOR | ) | |
| | ) | HON. CAROL A. DOYLE |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

   On: **April 24, 2008**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | | |
   |---|---|---|
   | Receipts | $ | 14,020.19 |
   | Disbursements | $ | 16.22 |
   | Net Cash Available for Distribution | $ | 14,003.97 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Allan J. DeMars, trustee | $ None | $2,152.02 | $ 28.90 |
   | Allan J. DeMars, attorney | $ None | $1,805.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $57,887.53 have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 17.30605%

| 8. CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba Sams Club | $ 4101.52 | $ 709.81 |
| 2 | GE Money Bank dba Old Navy | 62.47 | 10.81 |
| 3 | Chase Bank USA | 30243.70 | 5233.99 |
| 4 | Chase Bank USA | 2299.78 | 398.00 |
| 5 | Federated Retail Holdings, Marshall Fields | 565.18 | 97.81 |
| 6 | Federated Retail Holdings, Marshall Fields | 247.42 | 42.82 |
| 7 | LVNV Funding LLC, assignee of Citibank | 385.91 | 66.79 |
| 8 | LVNV Funding LLC, assignee of Citibank | 10002.45 | 1731.03 |
| 9 | LVNV Funding LLC, assignee of Citibank | 2953.18 | 511.08 |
| 10 | LVNV Funding LLC, assignee of Citibank | 703.79 | 121.80 |
| 11 | LVNV Funding LLC, assignee of Citibank | 1152.58 | 199.47 |
| 12 | LVNV Funding LLC, assignee of Citibank | 5169.55 | 894.64 |
| | | $ 57887.53 | $10018.05 |

9. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor  has  been discharged.

12. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: cash:$60.00; money market:$1.21; checking account:$250.00; clothing: $300.00; term life insurance: $1.00; whole life insurance: $220.00; "529" college plan:$6,100.00; 401k: $23,796.00; IRA: $4,959.00; interest in Family Benefits Solutions:$100.00; receivables:$250.00; 2005 Element: $14,000.00.
SEE TRUSTEE'S EXHIBIT "B"  IN FINAL REPORT FOR MORE DETAILS.

Dated:   **March 24, 2008**                                           For the Court,

                                                                      By:
                                                                      **KENNETH S. GARDNER**
                                                                      Kenneth S. Gardner
                                                                      Clerk of the U.S. Bankruptcy Court
                                                                      219 So. Dearborn Street; 7th Floor
                                                                      Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

9065   Doc 42   Filed 03/24/08   Entered 03/27/08 00:02:06   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                User: amcc7                   Page 1 of 1                    Date Rcvd: Mar 24, 2008
Case: 07-19065                      Form ID: pdf002               Total Served: 33

The following entities were served by first class mail on Mar 26, 2008.
db          +Jay Elliott Schneider,    976 Country Lane,    Buffalo Grove, IL 60089-1939
jdb         +Sharon Wendy Schneider,    976 Country Lane,    Buffalo Grove, IL 60089-1939
aty         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11680978     ASF International,    A7973194,    Dept. #291,    Denver, CO  60089
11680979     Bank of America,    4313 0328 7766 3176,    P.O. Box 15726,    Wilmington, DE  19886-5726
11680980     Chase,    5491 0433 6068 0842,    P.O. Box 15153,    Wilmington DE  19886-5153
11798459     Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11856827    +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
11680981    +Chase Home Finance,    1925108607,    P.O. Box 24696,    Columbus OH 43224-0696
11680982    +Citi Cards,    0223,    P.O. Box 45129,    Jacksonville, FL 32232-5129
11680983    +Congregation Beth Am,    schnjash,    225 N. McHenry Rd.,    Buffalo Grove, IL 60089-6735
11680984    +Dress Barn,    xxxx-5076,    P.O. Box 659704,    San Antonio, TX 78265-9704
11885816     FEDERATED RETAIL HOLDINGS, INC./MARSHALL FIELDS,    TSYS DEBT MGMT., INC.,    PO BOX 137,
              COLUMBUS, GA  31902-0137
11680985    +Glenbrook Hospital,    00491 6839J358,    2100 Pfingsten Rd.,    Glenview, IL 60026-1301
11680986    +Honda Financial,    69913691,    P.O. Box 60001,    City of Industry, CA 91716-0001
11680987    +Kohl's,    032-1517-443,    P.O. Box 2983,    Milwaukee, WI 53201-2983
11680988     Macy's,    43 781 206 157 0,    P.O. Box 689195,    Des Moines, IA  50368-9195
11680989    +Macy's,    43766414711 20,    111 Boulder Industrial Dr.,    Bridgeton, MO 63044-1241
11680990     Mobil,    7302 8203 4134 9067,    P.O. Box 981064,    El Paso TX  79998-1064
11680991    +National City,    5383198849,    P.O. Box 5570,    Cleveland  Ohio 44101-0570
11680993     Nissan Motor Acceptance BK Dept,    2500 5804 870,    P.O. Box 660366,    Dallas TX  75266-0366
11680994    +Northwest Community Hospital,    44194228,    800 W. Central Rd.,    Arlington Heights IL 60005-2392
11680995    +Rand Medical Clinic,    SCHSH000,    609 N. Main St. #101,    Mt. Prospect, IL 60056-2160
11777564    +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11777588    +Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11680996     Sam's Club,    7714 10 0068052836,    P.O. Box 530942,    Atlanta, GA  30353-0942
11680997    +Sears Card,    5049 9401 8993 0778,    P.O. Box 183081,    Columbus, OH 43218-3081
11680998     Sears Premier Card,    5121 0717 8347 4988,    P.O. Box 18302,    Columbus, OH 43218
11680999     Shell,    510-271-620,    P.O. Box 689151,    Des Moines, IA 50368-9151
11681000     Shell Mastercard,    5187 5200 4521 8311,    Citi Cards,    P.O. Box 688916,
              Des Moines, IA  50368-8916
The following entities were served by electronic transmission on Mar 25, 2008.
aty         +E-mail/Text: DANATLAW@AOL.COM                           Daniel K Robin,    Daniel K Robin Ltd,
              121 S Wilke Rd #201,    Arlington Heights, IL 60005-1525
11892946     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11680992    +E-mail/PDF: bncnotices@nationalcity.com Mar 25 2008 02:13:53      National City Bank,
              4311 9660 2702 5236,    1177 Lake Cook Rd.,    Buffalo Grove, IL 60089-1956
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
tr*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2008**              **Signature:** _Joseph Speetjens_