UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JAY E. SCHNEIDER and | ) | Hon. CAROL A. DOYLE |
| SHARON W. SCHNEIDER | ) | Case No.  04 B 46990 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**


To:    The Honorable CAROL A. DOYLE
       United States Bankruptcy Judge


    Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

    All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated:   June 16, 2008                        /s/ Allan J. DeMars
                                                                                          Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 07 B 19065 |
| JAY E. SCHNEIDER and | ) Hon. CAROL A. DOYLE |
| SHARON W. SCHNEIDER | ) Chapter 7 |
| Debtors | ) |

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:
1.  Trustee's compensation          $ 2,152.02
    Allan J. DeMars
2.  Trustee's expenses              $    28.90
    Allan J. DeMars
                          TOTAL     $ 2,180.92

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:
1.  Attorney for the Trustee
    a.  Compensation                $ 1,805.00
        Allan J. DeMars
    b.  Expenses                    $ _____

2.  Accountant for the Trustee
    a.  Compensation                $ _____

    b.  Expenses                    $ _____

3.  Other professional
    (list each professional separately)

                          Total     $ 1,805.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 2008   ENTERED

                                    APR 2 4 2008
                          Enter: _____
                                  CAROL A. DOYLE
                                  BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 07 B 19065 |
| JAY E. SCHNEIDER and | ) Hon. CAROL A. DOYLE |
| SHARON W. SCHNEIDER | ) Chapter 7 |
| Debtors | ) |

DISTRIBUTION REPORT

I, Allan J. DeMars, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Fees and Expenses Trustee: $2180.92 | |
| Attorney: $1805.00 | $ 3985.92 |
| Chapter 7 Administrative Expenses: | $ |
| Chapter 11 Administrative Expenses: | $ |
| Priority Claims (507(a)(3)-(a)(7)): | $ |
| Secured Tax Liens: | $ |
| Priority Tax Claims: | $ |
| General Unsecured Claims: | $ 10033.36 |
| Other: Interest on claims | $ |
| Surplus to debtor: | $ |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 14019.28 |

REPORT OF DISTRIBUTION

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $3,985.92 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $2152.02 | $2152.02 |
| | expenses | | 28.90 | 28.90 |
| | attorney's fees | | 1805.00 | 1805.00 |
| | | | $3985.92 | $3985.92 |

REPORT OF DISTRIBUTION - CONT'D                           PAGE 2 of 6

|  | TOTAL | FINAL |
|---|---|---|
| 2.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

726(a) & (b) and 507(a)(1)     $
(Debtor-in-possession (DIP)
administrative expenses)

| CLAIM NUMBER       CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 3.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(2) -Gap claims          $
arising in involuntary
cases and allowed pursuant
to 502(f)

| CLAIM NUMBER       CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 4.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(3) - Wages,             $
salaries or commissions
limited to $4,650.00

| CLAIM NUMBER       CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

REPORT OF DISTRIBUTION - CON'T                           PAGE 3 of 6

| 5.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony, Maintenance and Support | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                        PAGE 4 of 6

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                              Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $57,887.53 | 17.3325% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba Sams Club | $ 4101.52 | $ 710.90 |
| 2 | GE Money Bank dba Old Navy | 62.47 | 10.83 |
| 3 | Chase Bank USA | 30243.70 | 5241.99 |
| 4 | Chase Bank USA | 2299.78 | 398.61 |
| 5 | Federated Retail Holdings, Marshall Fields | 565.18 | 97.96 |
| 6 | Federated Retail Holdings, Marshall Fields | 247.42 | 42.88 |
| 7 | LVNV Funding LLC, assignee of Citibank | 385.91 | 66.89 |
| 8 | LVNV Funding LLC, assignee of Citibank | 10002.45 | 1733.68 |
| 9 | LVNV Funding LLC, assignee of Citibank | 2953.18 | 511.86 |
| 10 | LVNV Funding LLC, assignee of Citibank | 703.79 | 121.98 |
| 11 | LVNV Funding LLC, assignee of Citibank | 1152.58 | 199.77 |
| 12 | LVNV Funding LLC, assignee of Citibank | 5169.55 | 896.01 |
|  |  | $ 57887.53 | $10033.36 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | |

REPORT OF DISTRIBUTION-CON'T                                    Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: April 24, 2008                    /s/ Allan J. DeMars
                                                      Trustee

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 07-19065  
Case Name: JAY E. and SHARON W. SCHNEIDER  
Taxpayer ID#: 32-6063284  
For Period Ending: 12/31/08  

Trustee's Name: Allan J. DeMars  
Bank Name: LaSalle Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): ___  
Money Market #: 8604063654  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/10/07 | Ref 1 | debtors | right, title and non-exempt interest in residence | 1110-000 | 14,000.00 | | 14,000.00 |
| 12/31/07 | Ref 15 | LaSalle Bank | interest on invested funds | 1270-000 | 8.82 | | 14,008.82 |
| BALANCE CARRIED FORWARD | | | | | | | 14,008.82 |
| 1/31/08 | Ref 15 | LaSalle Bank | interest on invested funds | 1270-000 | 11.37 | | 14,020.19 |
| 2/8/08 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 16.22 | 14,003.97 |
| 2/29/08 | Ref 15 | LaSalle Bank | interest on invested funds | 1270-000 | 5.55 | | 14,009.52 |
| 3/31/08 | Ref 15 | LaSalle Bank | interest on invested funds | 1270-000 | 5.93 | | 14,015.45 |
| 4/21/08 | Ref 15 | LaSalle Bank | interest on invested funds | 1270-000 | 3.83 | | 14,019.28 |
| 4/24/08 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,152.02 | 11,867.26 |
| 4/24/08 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 28.90 | 11,838.36 |
| 4/24/08 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,805.00 | 10,033.36 |
| 4/24/08 | Check 1005 | GE Money Bank dba Sam's Club | 726(a)(2); 17.3325% | 7100-900 | | 710.90 | 9,322.46 |
| 4/24/08 | Check 1006 | GE Money Bank dba Old Navy | 726(a)(2); 17.3325% | 7100-900 | | 10.83 | 9,311.63 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/24/08 | Check 1007 | Chase Bank USA | 726(a)(2); 17.3325% | 7100-900 | | 5,241.99 | 4,069.64 |
| 4/24/08 | Check 1008 | Chase Bank USA | 726(a)(2); 17.3325% | 7100-900 | | 398.61 | 3,671.03 |
| 4/24/08 | Check 1009 | Federated Retail Holdings, Marshall Fields | 726(a)(2); 17.3325% | 7100-900 | | 97.96 | 3,573.07 |
| 4/24/08 | Check 1010 | Federated Retail Holdings, Marshall Fields | 726(a)(2); 17.3325% | 7100-900 | | 42.88 | 3,530.19 |
| 4/24/08 | Check 1011 | LVNV Funding, assignee of Citibank | 726(a)(2); 17.3325% | 7100-900 | | 66.89 | 3,463.30 |
| 4/24/08 | Check 1012 | LVNV Funding, assignee of Citibank | 726(a)(2); 17.3325% | 7100-900 | | 1,733.68 | 1,729.62 |
| 4/24/08 | Check 1013 | LVNV Funding, assignee of Citibank | 726(a)(2); 17.3325% | 7100-900 | | 511.86 | 1,217.76 |
| 4/24/08 | Check 1014 | LVNV Funding, assignee of Citibank | 726(a)(2); 17.3325% | 7100-900 | | 121.98 | 1,095.78 |
| 4/24/08 | Check 1015 | LVNV Funding, assignee of Citibank | 726(a)(2); 17.3325% | 7100-900 | | 199.77 | 896.01 |
| 4/24/08 | Check 1016 | LVNV Funding, assignee of Citibank | 726(a)(2); 17.3325% | 7100-900 | | 896.01 | 0.00 |
| | | | | COLUMN TOTALS | 14,035.50 | 14,035.50 | 0.00 |
| | | | | Less: Bank transfers/CD Subtotal | | | |
| | | | | Less: Payments to debtor(s) | | | |
| | | | | Net | 14,035.50 | 14,035.50 | 0.00 |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|---|
| | Checking# | | | |
| | Money Market # 8604063654 | 14,035.50 | 14,035.50 | 0.00 |
| | Savings # | | | |

|     | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |
|-----|---:|---:|---:|
| Net | 14,035.50 | 14,035.50 | 0.00 |