UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JAY E. SCHNEIDER and | ) | CASE NO.  07 B 19065 |
| SHARON W. SCHNEIDER | ) | |
| | ) | |
| DEBTOR(S). | ) | JUDGE CAROL A. DOYLE |
| | ) | |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:**    **Allan J. DeMars, Esq.**
**Spiegel & DeMars**
**100 West Monroe Street**
**Suite 910**
**Chicago, IL 60603**
**Registrant's e-mail:  AllanD1023@aol.com**

**Please Take Notice** that on **June 25, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM T. NEARY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

DATED: June 25, 2008　　　　　　　　　BY: /s/ Roman L. Sukley
　　　　　　　　　　　　　　　　　　　　　Roman L. Sukley, Attorney
　　　　　　　　　　　　　　　　　　　　　Attorney Id. # 03122172
　　　　　　　　　　　　　　　　　　　　　OFFICE OF THE U.S. TRUSTEE
　　　　　　　　　　　　　　　　　　　　　219 SOUTH DEARBORN ST.  ROOM 873
　　　　　　　　　　　　　　　　　　　　　CHICAGO, ILLINOIS  60604
　　　　　　　　　　　　　　　　　　　　　(312) 886-3324

**CERTIFICATE OF SERVICE**

I, Roman L. Sukley, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on June 25, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Roman L. Sukley