UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| | ) | |
| JAY E. SCHNEIDER, | ) | CASE NO.  07 B 19065 |
| SHARON W. SCHNEIDER, | ) | |
| | ) | |
| | ) | |
| DEBTORS. | ) | HON.  CAROL A. DOYLE |
| | ) | |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that on June 25, 2008, a Notice of Filing of U.S. Trustee's Certificate of Review of Final Report was filed in error.  This notice serves to correct the record inadvertently submitted.


Date: <u>June 25, 2008</u>        By:    /s/ Roman L. Sukley
                                         Roman L. Sukley, Attorney
                                         Office of the United States Trustee
                                         219 South Dearborn Street, Room 873
                                         Chicago, IL 60604
                                         (312) 886-3324